UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIP HAMILTON, et al.,

    Plaintiffs,

v.

                                    Case No. 3:23-cv-827-TJC-MCR

DONALD J. RUBOTTOM, et al.,

    Defendants.

## **O R D E R**

Upon review of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice as to Defendants Rubottom, Aaron, and Sasso (Doc. 43), and the Joint Stipulation for Dismissal Without Prejudice (Doc. 44), both filed on October 12, 2023, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record